COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| WALGREENS CO., | | |
| | § | No. 08-09-00224-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 210th District Court |
| ISELA QUINTERO, | | |
| | § | of El Paso County, Texas |
| Appellee. | | |
| | § | (TC# 2007-5215) |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is the joint motion of Appellant, Walgreens Co., and Appellee, Isela Quintero, to vacate the trial court's judgment and dismiss the underlying case pursuant to TEX. R. APP. P. 42.1 and 43.2 because the parties have settled all matters in controversy. We grant the motion, vacate the trial court's judgment, and dismiss the case with prejudice. TEX. R. APP. P. 43.2. Pursuant to the parties' agreement, we assess costs and attorneys' fees against the party incurring same. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, the court will tax costs against the appellant).

GUADALUPE RIVERA, Justice

July 29, 2011

Before Chew, C.J., McClure, and Rivera, JJ.